■ RICHARD R. COCILOVA, JR., Respondent-Appellant, v CITY OF ROCHESTER et al., Appellants-Respondents. — Order unanimously affirmed, with costs to plaintiff (see CPLR 203, subd [e]; *Bilhorn v Farlow,* 60 AD2d 755; *Cerrato v Crown Co.,* 58 AD2d 721; cf. *Martin v Edward Labs.* 60 NY2d 417, 429). (Appeals from order of Supreme Court, Monroe County, Patlow, J. — dismiss complaint.) Present — Hancock, Jr., J. P., Callahan, Denman, Moule and Schnepp, JJ.